Dismissed and Memorandum Opinion filed August 12, 2004









Dismissed and Memorandum Opinion filed August 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01397-CV

____________

 

WALKER-HALE, INC.,
Appellant

 

V.

 

RESOURCE TEN GROUP LIMITED
PARTNERSHIP, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause
No. 794,667

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a a judgment signed August 29, 2003.

On August 4, 2004, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 12, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.